JOHNSON v. JOHNSON

Appeal from Alpena, Allan Miller, J., presiding. Submitted Division 3 March 4, 1969, at Grand Rapids.    (Docket No. 2,572.)    Decided March 27, 1969.

Complaint by Irene N. Johnson against William A. Johnson for divorce.    Judgment for plaintiff. Defendant appeals.    Affirmed.

*Donald K. Gillard,* for plaintiff.

*Robert D. Mandenberg,* for defendant.

BEFORE: QUINN, P. J., and HOLBROOK and T. M. BURNS, JJ.

PER CURIAM.    Defendant appeals from a judgment of divorce granted to plaintiff on the ground of extreme cruelty.    The question presented is whether the record supports a finding of extreme cruelty.

A review of the record does not convince this Court it would have reached a result different than did the trial judge had we sat as triers of the fact.

Affirmed with costs to plaintiff.